Case 2:13-cv-00526-JTM-DEK Document 1-2 Filed 03/20/13 Page 1 of 9

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUSIANA

CASE NO: 2013-2054          DIVISION: "H"

FRANK NUZZO

VERSUS

GENUINE PARTS COMPANY, NAPA AUTO PARTS, GEICO CASUALTY COMPANY,
ABC INSURANCE COMPANY, XYZ INSURANCE COMPANY

FILED:_____          _____
                               DEPUTY CLERK

## PETITION FOR DAMAGES

COMES NOW, Frank Nuzzo, a person of the full age of majority and resident of the
Parish of St. Tammany, State of Louisiana, who respectfully represents as follows:

1.

Made defendants herein are:

a) NAPA Auto Parts - authorized to do and doing business in the Parish of Orleans,
   State of Louisiana, who has Eric Higgins 500 Shrewsbury Road, Jefferson, Louisiana
   70121, as its agent for service of process;

b) Genuine Parts Company, authorized to do and doing business in the Parish of
   Orleans, State of Louisiana, who has Eric Higgins 500 Shrewsbury Road, Jefferson,
   Louisiana 70121, as its agent for service of process;

c) GEICO Insurance Company, an insurance company authorized to do and doing
   business in the State of Louisiana, whose agent for service of process is Louisiana
   Secretary of State;

d) ABC Insurance Company, believed to be a foreign corporation authorized to do and
   doing business in the state of Louisiana;

e) XYZ Insurance Company, believed to be a foreign corporation authorized to do and
   doing business in the state of Louisiana;

2.

Defendants are justly and truly indebted, jointly, severally and in solido, unto Petitioner
for all damages for the claims and losses set forth herein, together with legal interest from date of
judicial demand until paid and for all costs of these proceedings, including attorney's fees and all
other general and equitable relief for the following, to wit:

EXHIBIT
"1"
in globo

Case 2:13-cv-00526-JTM-DEK   Document 1-2   Filed 03/20/13   Page 2 of 9

3.

On or about March 1, 2012, plaintiff, Frank Nuzzo, sustained injuries while in the course and scope of his employment with Tulane University, when he was struck by a vehicle owned by believed to be owned by NAPA at the time of the accident.  The company vehicle struck Mr. Nuzzo causing him to fall to the ground.  The company vehicle then proceeded to strike or roll over Mr. Nuzzo multiple times.

4.

The accident in question was caused by the fault, carelessness and negligence of defendant, NAPA and/or Genuine Parts Company, which negligence consists of the following, nonexclusive particulars:

  A. Failure to yield to pedestrian;

  B. Failure to see what he should have seen;

  C. Failure to keep a proper lookout;

  D. Inattention;

  E. Failing to act with reasonable care;

  F. Other acts of negligence to be proven at trial of this matter.

5.

Defendants NAPA and Genuine Parts Company, are vicariously liable for the negligence, actions or inactions of their employee(s) in causing the subject accident.

6.

As a result of the accident, caused by the negligence and fault of defendants, plaintiff suffered significant and serious bodily injury, including but not limited to injuries to his hips, back and shoulder.  Damages sustained by plaintiff include, but are not limited to, the following:

  A. Past, present and future pain and suffering;

  B. Past, present and future physical injuries and disability

  C. Past, present and future mental and emotional stress;

  D. Past, present, and future medical expenses;

  E. Loss of income and/or loss of earning capacity;

  F. Loss of enjoyment of life and/or loss of consortium;

  G. Other damages to be proven at the trial of this matter.

7.

At all times pertinent hereto, plaintiff was acting in a careful and prudent manner.

8.

At all times pertinent hereto, upon information and belief, ABC Insurance Company had a policy of liability insurance in full force and effect providing liability insurance coverage to defendant, NAPA.

9.

At all times pertinent hereto, upon information and belief, XYZ Insurance Company had a policy of premises liability insurance in full force and effect providing premises liability insurance coverage to defendant, Genuine Parts Company.

10.

At all times pertinent hereto, plaintiff had a policy of insurance providing uninsured/underinsured motorist coverage issued by GEICO Casualty Company, under Policy No. 4209600370.

WHEREFORE, Petitioner prays that defendants be served with citations and copy of this Petition and be required to appear and answer within the delays allowed by law, and that after all due proceedings had, that there be judgment rendered herein in favor of Petitioner and against defendants for all damages, penalties, costs, attorneys fees and other appropriate relief, including judicial interest from date of judicial demand on all damages, penalties, costs and attorneys fees, and all other general and equitable relief to which petitioner is entitled.

FURTHER PRAY for trial by jury.

Respectfully submitted:

_Prescott Barfield_

PRESCOTT BARFILED (24749)
510 North Florida Street
Covington, Louisiana 70433
Phone: 985-871-7773

**PLEASE HOLD SERVICE**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUSIANA

CASE NO:    2013-2054                           DIVISION: H-2

FRANK NUZZO

VERSUS

GENUINE PARTS COMPANY, NAPA AUTO PARTS, GEICO CASUALTY
COMPANY, ABC INSURANCE COMPANY, XYZ INSURANCE COMPANY

FILED:_____                    _____

DEPUTY CLERK

## FIRST AMENDED PETITION FOR DAMAGES

COMES NOW, Frank Nuzzo, plaintiff in the above captioned and numbered

matter who re-alleges and incorporates by reference each and every allegation contained

in the original petition as if reproduced in their entirety and amends as follows:

1.

Made defendants herein are as follows:

a)      Old Republic Insurance Company - a foreign insured licensed to and

doing business in the State of Louisiana.

2.

Old Republic Insurance Company had a policy of liability insurance in full force and

effect for Genuine Parts Company and/or NAPA Auto Parts on or around March 1, 2012.


WHEREFORE, Petitioner prays that defendants be served with citations and copy

of the Petition for Damages and First Amended Petition for Damages and be required to

appear and answer within the delays allowed by law, and that after all due proceedings

had, that there be judgment rendered herein in favor of Petitioner and against defendants

for all damages, penalties, costs, attorneys fees and other appropriate relief, including

judicial interest from date of judicial demand on all damages, penalties, costs and

attorneys fees, and all other general and equitable relief to which petitioner is entitled.

Respectfully submitted,

Prescott Barfield          (#24749)
Attorney at Law
510 N. Florida Street
Covington, LA 70433
Telephone: (985) 871-7773
Facsimile: (985) 871-7116

**CERTIFICATE OF SERVICE**

    I HEREBY certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by placing the same in the U.S. Mail, properly addressed and postage pre-paid this _____ day of _____, 2013.

Prescott Barfield

**PLEASE HOLD SERVICE**

## CIVIL JUDICIAL DISTRICT COURT FOR ORLEANS PARISH

## STATE OF LOUISIANA

**DOCKET NO. 2013-2054**                                    **DIVISION: H-2**

## FRANK NUZZO

## VERSUS

## GENUINE PARTS COMPANY, NAPA AUTO PARTS, GEICO CASUALTY, ABC INSURANCE COMPANY, XZY INSURANCE COMPANY

**FILED:** _____          _____
                                                **DEPUTY CLERK**


### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, comes Plaintiff, Frank Nuzzo, who desires to enroll

additional counsel of record, C. Arlen Braud, II, Louisiana Bar No. 20719 of the law firm

of Braud & Gallagher, L.L.C., 111 N. Causeway Blvd., Ste. 201, Mandeville, LA 70448,

Telephone Number (985) 778-0771, Facsimile Number (985) 778-0781, to represent his

interests in the above referenced matter.

**WHEREFORE**, Plaintiff, Frank Nuzzo, prays that this Honorable Court will sign

the Order associated with this Motion to Enroll, adding C. Arlen Braud, II as additional

counsel for Plaintiff.


                                        Respectfully submitted,


_____              _____
PRESCOTT BARFIELD, #24749             C. ARLEN BRAUD, II, #20179
Attorney at Law                        MICHELLE O. GALLAGHER, #23886
510 N. Florida Street                  Braud & Gallagher, L.L.C.
Covington, LA 70433                    111 N. Causeway Blvd., Ste. 201
Telephone:  (985)871-7773              Mandeville, LA 70448
Facsimile:  (985)871-7116              Telephone:  (985)778-0771
Email:      barfield@nternet.com       Facsimile:  (985)778-0781
                                       Email:  arlenb@braudandgallagher.com
                                       Email:  michelleg@braudandgallagher.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel in this proceeding by:

( ) Hand           ( ) Prepaid U.S. Mail
( ) Facsimile       ( ) Overnight-United Parcel Service
(X) Email

March 14, 2013
Date

C. Arlen Braud, II

CIVIL JUDICIAL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

DOCKET NO. 2013-2054                                    DIVISION: H-2

FRANK NUZZO

VERSUS

GENUINE PARTS COMPANY, NAPA AUTO PARTS, GEICO CASUALTY, ABC
INSURANCE COMPANY, XZY INSURANCE COMPANY

FILED: _____          _____

                                                    DEPUTY CLERK


ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record:

IT IS HEREBY ORDERED that Charles A. Braud, II and the law firm of Braud

& Gallagher, L.L.C., 111 North Causeway Boulevard, Suite 201, Mandeville, Louisiana

70448, be and are hereby enrolled as additional counsel of record in the above-captioned

matter.


NEW ORLEANS, LOUISIANA, this ____ day of _____,

2013.


_____

JUDGE