**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FRANK NUZZO                                                    CIVIL ACTION

VERSUS                                                         NO. 13-526

GENUINE PARTS COMPANY ET AL                                   SECTION "H"

<u>**ORDER OF DISMISSAL**</u>

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 16th day of September, 2014.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE